State v. Gunter

Defendant's assignments of error are overruled.

No error.

Judges MORRIS and PARKER concur.

STATE OF NORTH CAROLINA v. WALTER GUNTER AND
ISAAC GUNTER, JR.

No. 7324SC472

(Filed 8 August 1973)

APPEAL by defendants from *Ervin, Judge,* 27 November 1972 Session of MADISON County Superior Court.

Each defendant was tried on valid indictments charging breaking and entering and larceny at Jess Whitson Phillips 66 Service Station at Hot Springs, North Carolina on 3 September 1971. Each entered a plea of not guilty to both charges, was found to be guilty by a jury of breaking and entering only, and each was sentenced to imprisonment for eighteen months to three years.

*Attorney General Robert Morgan by Assistant Attorneys General William W. Melvin and William B. Ray for the State.*

*Brock and Howell by Ronald W. Howell for defendants appellant.*

CAMPBELL, Judge.

We have reviewed the assignments of error brought forward by the defendants and find no merit in them. They were seen, recognized and positively identified as the perpetrators. The defendants have had a fair trial free from prejudicial error.

Affirmed.

Judges MORRIS and PARKER concur.